# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Frankenmuth Mutual Insurance Company,
a Michigan corporation,

Plaintiff,

v.

New Kids on the Rock, Ministries, Inc. a
not-for-profit religious corporation, and
Rodney Scofield, an individual,

Defendants.

CASE NO. 0:02CV831 JEL/JGL

**ORDER**

Pursuant to the parties Stipulation for Leave to First Amended Complaint, the Court hereby orders that Plaintiff, Frankenmuth Mutual Insurance Company shall be given leave to file its First Amended Complaint for declaratory judgment and rescission against Defendants, New Kids on the Rock Ministries, Inc. and Rodney Scofield.

DATED: Aug. 19, 2002

BY THE COURT

JONATHAN LEBEDOFF

121059967v1 810929

FILED AUG 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________