UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-831 (JEL/JGL)

FRANKENMUTH MUTUAL INSURANCE COMPANY,

Plaintiff,

v.

**PRETRIAL ORDER**

NEW KIDS ON THE ROCK MINISTRIES, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to November 15, 2002;

2. Plaintiff shall disclose all expert witnesses, including reports, by April 1, 2003; Defendants shall disclose all expert witnesses, including reports, by May 1, 2003; All rebuttal expert witnesses shall be disclosed by May 15, 2003;

3. The period during which the parties may seek discovery shall be completed by June 1, 2003;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2003;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to July 1, 2003; and

6. This case will be considered "ready for trial' as of August 1, 2003.

DATED: August 21, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED AUG 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______