**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Frankenmuth Mutual Insurance Company,
a Michigan corporation,

Plaintiff,

v.

New Kids on the Rock Ministries, Inc. a
not-for-profit religious corporation, and
Rodney Scofield, an individual,

Defendants.

CASE NO. 0:02CV831 (JEL/JGL)

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the parties herein, through their respective counsel, that the above entitled matter, having been duly compromised and settled, may be and hereby is dismissed, on the merits and with prejudice and without further cost to any of the parties hereto. The attached order may be entered by the court without further action by the parties hereto.

FILED FEB 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED FEB 25 2003
DEPUTY CLERK'S INITIALS

Dated: February 18 2003.

**HINSHAW & CULBERTSON**

By__________________________

Eric J. Strobel Reg. No. 222434
3100 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

**ATTORNEYS FOR PLAINTIFF FRANKENMUTH MUTUAL INSURANCE COMPANY**

**PAUL A. LEDFORD, PLC**

By__________________________

Paul A. Ledford Reg. No. 264325
512 Washington Avenue
Grand Haven, MI 49417
(616) 846-8860

**ATTORNEYS FOR DEFENDANT NEW KIDS ON THE ROCK MINISTRIES, INC.**

## ORDER

**IT IS HEREBY ORDERED** that judgment may be and hereby is entered in accordance with the foregoing stipulation.

Dated: Feb 24, 2003

Judge of District Court